UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAMBRANO,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC GOLDING, et al.,<br><br>  Defendants. | Case No. 19-cv-03332-HSG<br><br>**ORDER GRANTING REQUEST FOR ISSUANCE OF SUBPOENA**<br><br>Re: Dkt. No. 19 |

Plaintiff has filed a letter with the Court seeking advice on how to subpoena his medical records and how to file a motion requesting appointment of counsel. Dkt. No. 19. The Court cannot provide legal advice or otherwise advise plaintiff on how to litigate this case. The Court construes the letter as a request for a blank subpoena so that he may request discovery from CCHCS Imaging Record Center and GRANTS this request. The Clerk shall send a blank subpoena to Plaintiff to complete and return to the Court for issuance by the Clerk and thereafter to be returned to Plaintiff for service.

**IT IS SO ORDERED.**

Dated: 9/23/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge