UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAMBRANO,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GOLDING, et al.,<br><br>Defendants. | Case No. 19-cv-03332-HSG<br><br>**ORDER ADDRESSING PLAINTIFF'S RECENT FILINGS** |

Plaintiff has filed letters with the Court requesting advice as to how to litigate this case and conduct discovery. *See* Dkt. Nos. 19, 22, 23. The Court cannot provide legal advice to litigants. Plaintiff may wish to consult the prison law library or the Court's website for resources: https://www.cand.uscourts.gov/pro-se-litigants/. Future letters filed by plaintiff requesting legal advice or assistance with litigation strategy will be disregarded.

**IT IS SO ORDERED.**

Dated: 11/27/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge