| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | MARK T. CUMBA |
| | Supervising Deputy Attorney General |
| 3 | FRANK M. LA FLEUR |
| | Deputy Attorney General, State Bar No. 213438 |
| 4 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA 94102-7004 |
| 5 | Telephone: (415) 510-3865 |
| | Fax: (415) 703-5480 |
| 6 | E-mail: Frank.LaFleur@doj.ca.gov |
| | *Attorneys for Defendants E. Golding, K. Blakely, A.* |
| 7 | *Olsen, L. Thomas, J. Yang, and R. Nasr* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS ZAMBRANO,** | 19-cv-03332 HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT UNTIL MAY 15, 2020** |
| v. | |
| **ERIC GOLDING, et al.,** | |
| Defendants. | Judge: The Honorable Haywood S. Gilliam, Jr. |
| | Trial Date: Not Set |
| | Action Filed: August 16, 2019 |

The Court considered the Administrative Motion to Extend Time to File Motion for Summary Judgment until May 15, 2020. Finding that good cause exists, the Motion is GRANTED. Defendants E. Golding, J. Yang, L. Thomas, A. Olsen, R. Nasr, and K. Blakely shall file their Motion for Summary Judgment, including a *Rand* notice, no later than May 15, 2020. Plaintiff shall file his Opposition to Summary Judgment no later than June 12, 2020. Defendants shall file a reply no later than June 26, 2020.

IT IS SO ORDERED.

DATED: 1/13/2020

Haywood S. Gilliam, Jr.,
United States District Judge of the United States
District Court for the Northern District of California