UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAMBRANO,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GOLDING, et al.,<br><br>Defendants. | Case No. 19-cv-03332-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 31 |

Good cause being shown, defendants' second request for an extension of time to file their dispositive motion is GRANTED. Dkt. No. 31. Defendants shall file their dispositive motion by August 13, 2020. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: April 30, 2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge