UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAMBRANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC GOLDING, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03332-HSG<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 40 |

Good cause being shown, Plaintiff's third request for an extension of time to file his opposition to the dispositive motion is GRANTED. Dkt. No. 40. Plaintiff shall file his opposition by April 16, 2021. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 40.

**IT IS SO ORDERED.**

Dated: 1/14/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge