UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAMBRANO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN KIM,<br><br>    Defendant. | Case No. 19-cv-03332-HSG<br><br>**JUDGMENT** |

Summary judgment has been granted in favor of Defendants. Dkt. Nos. 50, 51. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  November 12, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge